### SEYMOUR V. ENSIGN.

A declaration upon the covenants of seisin, good; although it also sets forth the covenants of warranty.

ACTION declaring upon the covenants of seisin, and the covenants of warranty in a deed of lands.

Defendant demurs — 1st. Because they cannot be joined in the same action. 2d. That the defendant is not liable upon the covenants of warranty, to damages and cost, without an eviction of the plaintiff, and the defendants having been cited in to vouch, etc. which had not been done in this case.

Judgment — That the declaration is sufficient.

By the COURT. The action well lies upon the covenants of seisin; and if the plaintiff has not shown enough in his declaration to subject the defendant on his covenants of warranty, it is but surplusage and will not vitiate what is well laid.

### BRUNSON V. BACON.

Money recovered in an action, may not be recovered back, by an *indebitatus assumpsit*, upon an accord, etc. which might have been plead to the action.

INDEBITATUS ASSUMPSIT will not lie to recover back money, which has been recovered in an action at law, upon the ground of an agreement or accord, which if it had been executed, might have been plead in bar of the action.